UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BART SHERIDAN PETRIKEN,

        Petitioner,
                                      Case No.  2:14-cv-56

v.

                                       HON. ROBERT HOLMES BELL

MITCH PERRY,

        Respondent.
_____/

### ORDER APPROVING AND ADOPTING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 29, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the Court deny the petition for habeas corpus brought pursuant to 28 U.S.C. § 2254 because it is without merit, and deny a certificate of appealability. (ECF No. 17.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired.  On review, the Court approves the recommendations of the R&R.  Accordingly,

**IT IS HEREBY ORDERED**  that the Report and Recommendation (ECF No. 17) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the petition under § 2254 (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: <u>August 4, 2016</u>                     <u>/s/ Robert Holmes Bell</u>
                                          ROBERT HOLMES BELL
                                          UNITED STATES DISTRICT JUDGE